**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ROBERT AISPURO,<br><br>            Petitioner,<br><br>   v.<br><br>LYDIA C. HENSE, WARDEN,<br><br>            Respondent. | ) NO. CV 08-00730-PSG (MAN)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: _____December 20, 2011_____.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE